AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
| v. | ) |
| Israel HERNANDEZ-Reyes | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 30, 2026 _____ in the county of _____ Webb _____ in the

_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the United States Attorney General (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about March 30, 2026 the defendant Israel HERNANDEZ-Reyes was apprehended near Laredo, Texas. After a brief interview it was determined that, Israel HERNANDEZ-Reyes was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Israel HERNANDEZ-Reyes was previously REMOVED from the United States on 09/18/2025 at Brownsville, TX. There is no record that Israel HERNANDEZ-Reyes has applied for or received permission from the United States Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Anthony Guzman

_Complainant's signature_

Anthony Guzman          Border Patrol Agent

_Printed name and title_

Sworn to before me and signed in my presence,

Submitted by reliable electronic means
per Fed.R.Crim.P. 4.1, Anthony Guzman
sworn to on April 1, 2026,
at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE